1-20-23
3:23CV105-J-DC-LLL

TO: United States District Court
Bryan Simpson U.S. Courthouse
300 N. Hogan Street STE 9-150
Jacksonville, Florida 32202

From: Jamal Session DC# G80286
Suwannee Correctional Institution
5964 U.S. Highway 90
Live Oak, Florida 32060

FILED 2023 JAN 30 PM 1:43 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE FLORIDA

Dear United States district Court,

I am an inmate in the Florida Department of Corrections. I was admitted to a Mental Health unit from Reception Medical Center on 12-27-22 due to me cutting my left forearm because of the death of my 15 year old sister. Suwannee C.I. C.S.U. [Crisis Stabalization Unit] is offline due to Correctional officers and Mental Health officials quitting therefore I should have never been transferred to Suwannee C.I. for Crisis stabalization. Since I been here I been declaring Psychological emergencies, the officers and Mental Health officials been abandoning me. Every day I have thoughts of suicide but I'm trying to stay strong and hold on to the little bit of faith I have but it's only so much I can take before I lash out. What I am requesting is for the United States district court to contact the Central office, Regional Director of Mental Health and get me transferred to another Crisis Stabalization unit that will give me the proper mental health treatment I need to cope with the loss of my sister. God Bless and please help.

Jamal J. Session DC# G80286
Suwannee Correctional Institution